# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Amya Sparger-Withers,<br><br>    *Plaintiff-Appellant*,<br><br>  v.<br><br>Joshua N. Taylor, et al.,<br><br>    *Defendants-Appellees.* | No. 24-1367 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Katelyn E. Doering, Deputy Attorney General, hereby requests this Court grant leave to withdraw her appearance as counsel for Defendants Blackford County Prosecuting Attorney, Dearborn and Ohio County Prosecuting Attorney, Decatur County Prosecuting Attorney, Fayette County Prosecuting Attorney, Fulton County Prosecuting Attorney, Grant County Prosecuting Attorney, Hancock County Prosecuting Attorney, Harrison County Prosecuting Attorney, Henry County Prosecuting Attorney, Marshall County Prosecuting Attorney, Miami County Prosecuting Attorney, Morgan County Prosecuting Attorney, Rush County Prosecuting Attorney, Shelby County Prosecuting Attorney, Starke County Prosecuting Attorney, and Wabash County Prosecuting Attorney, in their official capacities (the State Defendants).

The appearance of James A. Barta on behalf of State Defendants remains in place, and all pleadings, orders, and entries should be served on him.

                              Respectfully submitted,

                              THEODORE E. ROKITA
                              Indiana Attorney General

Date: February 13, 2026      By:   */s/ Katelyn E. Doering*
                              Katelyn E. Doering
                              Deputy Attorney General
                              Office of the Attorney General
                              302 W. Washington St., IGCS 5th Floor
                              Indianapolis, IN 46204-2770
                              Phone: (317) 234-3417
                              Fax: (317) 232-7979
                              Email: Katelyn.Doering@atg.in.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ Katelyn E. Doering*
                                                Katelyn E. Doering
                                                Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-3417
Fax: (317) 232-7979
Email: Katelyn.Doering@atg.in.gov